20 May 15

Sirs and Madams,

(WR 83-127-01)

Please forgive this informal letter.

On 20 May 15 my family called Nueces County courthouse, Ms. Ann Lorenzen to see if she found my lost paperwork, my Designation of issues, Questions to Luis Garcia (trial atty) al Evedentiary request. Ms. Lorenzen called my mother back and stated that all my paperwork al procedings were forwarded to the 13th District Court of appeals, to a Mr. James O'dell. (including questions to trial Atty) Why?

I'm no expert but I do know they have no jurisdiction over my case. The court of Criminal appeals (you guys) ordered the trial court to resolve issues.

Please see your orders to the 78th district court. (Corpus Christi)

Please let me know what to do, please.

Thank you al God bless you,

Randy Kaiser

1730604